Núm. 7909.—Figueroa Vda. Fernández, et al., apldos., *v.* Alonso et al., dmdados. y Díaz, aplte.— Julio 26, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, el único señalamiento de error es que:

"Erró la corte inferior al interpretar la decisión de esta Hon. Corte en el caso de *Beauchamp* v. *Registrador*, 53 D.P.R. 231, y al resolver, como resolvió, aplicando erróneamente la sentencia en dicho caso, que no procedía anular el embargo practicado en el presente sobre bienes gananciales, a pesar del carácter

privativo de la deuda cuyo cobro es objeto de la acción, y sí tan solo concretarlo, como ordenó se concretara, a cualquier título, derecho o interés indeterminado que tenga la demandada, Antonia Alonso, en los mismos.''

POR CUANTO, atendidas las conclusiones a que hemos llegado y la sentencia dictada en el caso Núm. 7910, *María Figueroa Vda. de Fernández et al., demandantes apelados,* v. *Antonia Alonso, et al.,* resuelto en el día de hoy (ante, pág. 500) la cuestión planteada en el referido señalamiento resulta académica.

POR TANTO, se desestima la apelación interpuesta contra las dos órdenes que dictó la Corte de Distrito de Arecibo en 12 y 26 de agosto de 1938.

El Juez Asociado Sr. De Jesús no intervino.